| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

**CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____    Chapter __11__

☐ Check this is an
amended filing

<u>Official Form 201</u>

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**                     06/24

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1.   Debtor's name**          **Chantilly Road, LLC**

**2.   All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3.   Debtor's federal Employer Identification Number (EIN)**     8  2  –  4  7  4  5  1  1  4

**4.   Debtor's address**

Principal place of business

c/o Penny M. Fox, CPA
Number    Street
15615 Alton Parkway, Suite 450

Irvine             CA    92618
City               State  ZIP Code

Orange
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City               State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City               State    ZIP Code

**5.   Debtor's website (URL)**     _____

**6.   Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor __Chantilly Road, LLC__                                    Case number (if known) _____

| 7. | Describe debtor's business | A. Check one: |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | Check one: |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.    Check all that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Chantilly Road, LLC**                                    Case number (if known) _____

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☑ No | | | |
|---|---|---|---|---|---|

☐ Yes. District _____ When _____ Case number _____
                                         MM / DD / YYYY

District _____ When _____ Case number _____
                                         MM / DD / YYYY

District _____ When _____ Case number _____
                                         MM / DD / YYYY

If more than 2 cases, attach a separate list.

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

List all cases. If more than 1, attach a separate list.

☐ Yes.  Debtor _____ Relationship _____

District _____ When _____
                                                 MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
                                                 MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district?***

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Chantilly Road, LLC** _____    Case number (if known) _____

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                             Number      Street

                             _____

                             _____
                             City                              State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency    _____

          Contact name       _____

          Phone              _____

---

### Statistical and adminstrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | Estimated number of creditors | | | | | |
|---|---|---|---|---|---|---|
| | | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | | |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 | | |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | | |
| | | ☐ 200-999 | | | | |

| 15. | Estimated assets | | | |
|---|---|---|---|---|
| | | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | | | |
|---|---|---|---|---|
| | | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Chantilly Road, LLC**                                      Case number (if known) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/15/2024**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Adrian Rudomin**
Printed name

**Managing Member**
Title

**18. Signature of attorney**

X _____   Date **12/15/2024**
Signature of attorney for debtor                               MM / DD / YYYY

**Michael R. Totaro**
Printed name

**Totaro & Shanahan, LLP**
Firm name

**P.O. Box 789**
Number       Street

_____

**Pacific Palisades**                          **CA**        **90272**
City                                            State        ZIP Code

**(310) 804-2157**                             **Ocbkatty@aol.com**
Contact phone                                   Email address

**102229**                                      **CA**
Bar number                                      State

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

IN RE:                                                      CHAPTER   **11**

**Chantilly Road, LLC**


DEBTOR(S)                                          CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Managing Member**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:  **12/15/2024**                        Signature: _____

                                                        **Adrian Rudomin**
                                                        **Managing Member**

B 201 - Notice of Available Chapters (Rev. 06/14)                                    USBC, Central District of California

Name: **Michael R. Totaro 102229**
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272

Address:          310 804 2157

Ocbkatty@aol.com

Telephone: _____     Fax: _____

☑ Attorney for Debtor
☐ Debtor in Pro Per

---

## UNITED STATES BANKRUPTCY COURT

| List all names, including trade names, used by Debtor(s) within last 8 years: | Case No.: |
|---|---|
| Chantilly Road, LLC | **NOTICE OF AVAILABLE CHAPTERS** (Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code |

---

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file forbankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts ininstallments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollaramounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 06/14)                                    USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed name and title, if any, of Bankruptcy Petition Preparer | Social Security number (If the bankruptcy petition Address: preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Adrian Rudomin
_____          _____   12-15-24
Printed Name(s) of Debtor(s)                     Signature of Debtor          Date

Case No. (if known) _____          X _____
                                                  Signature of Joint Debtor (if any)   Date

**United States Bankruptcy Court**
**Central District of California**

In Re:    Chantilly Road, LLC                          Case No:_____

                                                       Chapter:

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

     I, __Adrian Rudomin__ , declare under penalty of perjury that I am the **[President or Managing Member]** of __the owner of the LLC__ a **[California Corporation or Limited Liability Company]** and that on __12/15/2024__ the following resolution was duly adopted by the **[Board or Members]** of this **[Corporation or LLC]**:

     **"Whereas, it is in the best interest of this [Corporation or LLC] to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:**

     **Be it Therefore Resolved, that** __Adrian Rudomin__ **, [President or Managing Member] of this [Corporation or LLC], is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the [Corporation or LLC]: and**

     **Be it Further Resolved, that** __Adrian Rudomin__ **, [President or Managing Member] of this [Corporation or LLC], is authorized and directed to appear in all bankruptcy proceedings on behalf of the [Corporation or LLC], and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the [Corporation or LLC] in connection with such bankruptcy case; and**

     **Be it Further Resolved that** __Adrian Rudomin__ **, [President or Managing Member] of this [Corporation or LLC], is authorized and directed to employ the law firm of Totaro & Shanahan, LLP and its attorneys, to represent the [Corporation or LLC] in such bankruptcy case."**

Executed on: __12/15/2024__          Signed: _____
                                              Adrian Rudomin
                                     **[President or Managing Member]**

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Irvine_____, California

Date: _12/15/2024_____

_____
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Chantilly Road, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Showroom Interiors. LLC dba Vesta Home 8905 Rex Rd Pico Rivera, CA 90660 | | Lawsuit | Disputed | | | $220,000.00 |
| 2 | Bank of America P.O. Box 982238 El Paso, TX 79998 | | Credit Card | Disputed | | | $14,570.78 |
| 3 | DWP 2417 Daly St. Los Angeles, CA 90031 | | Utility | Disputed | | | $9,125.47 |
| 4 | DWP 2417 Daly St. Los Angeles, CA 90031 | | Utility | Disputed | | | $8,394.11 |
| 5 | Gomez R Plumbing, Inc. 14320 Ventura Blvd. # 704 Sherman Oaks, CA 91423 | | Plumbing | Disputed | | | $2,500.00 |

Debtor     **Chantilly Road, LLC**
_____     Case number (if known) _____
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | ACS Security 3803 West Chester Pike #100 New Town Square, PA 19073 | | Security | Disputed | | | $1,315.40 |
| 7 | Martinez Pools & Spas 2334 S. Cloverdale. Los Angeles, CA 90016 | | Maintenance | Disputed | | | $500.00 |
| 8 | Southern California Gas Co P.O. Box C Monterey Park, CA | | Utility | Disputed | | | $184.93 |
| 9 | Zuniga Pool & Spa 9330 Telfair Ave. Sun Valley, CA 91352 | | Pool Service | Disputed | | | $0.00 |
| 10 | M & M Air Conditioning and Heating, Inc. 13995 Wallabi Ave. Sylmar, CA 891342 | | Air Conditioning | Disputed | | | $0.00 |
| 11 | HM Cali, Inc. 153 Lafayette St. 5th Fl New York, NY 10013 | | Staging | Disputed | | | $0.00 |
| 12 | German Cruz 1522 W. 112 St Los Angeles, CA 90047 | | Landscaping | Disputed | | | $0.00 |
| 13 | Creative Art Partners, LLC 6542 Hayes Dr. Los Angeles, CA 90048 | | Art Staging | Disputed | | | $0.00 |

Debtor   **Chantilly Road, LLC**   Case number (if known) _____
 Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Christopher Lai Johathan M. Deer Quantum Law Group 8383 Whilshire Blvd. # 935 Beverly Hills, CA 90211 | | Lawsuit | Disputed | | | $0.00 |
| 15 | Charter Communications Spectrum, P.O. Box 223085 Pittsburg, PA 15251 | | Internet | Disputed | | | $0.00 |
| 16 | Castro's HVAC 1990 Meadow View Court Thousand Oaks, CA 91362 | | Air Conditioning | Disputed | | | $0.00 |

**Fill in this information to identify the case:**

Debtor Name  **Chantilly Road, LLC**

United States Bankruptcy Court for the:  **CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from Schedule A/B.................................................................................................. **$28,060,000.00**

    1b.  **Total personal property:**
        Copy line 91A from Schedule A/B............................................................................................... **$450,000.00**

    1c.  **Total of all property**
        Copy line 92 from Schedule A/B................................................................................................. **$28,510,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... **$21,317,141.78**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ **$0.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................. **+ $256,590.69**

4.  **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................................................................. **$21,573,732.47**

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Chantilly Road, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4. **Other cash equivalents**      *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$0.00**

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor     **Chantilly Road, LLC**
Name

Case number (if known) _____

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

Current value of
debtor's interest

$0.00

---

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ............. → _____
          face amount            doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ............. → _____
          face amount            doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$0.00

---

### Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$0.00

---

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor    __Chantilly Road, LLC_____    Case number (if known) _____
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24.  Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    __Chantilly Road, LLC__                                    Case number (if known) _____
          Name

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. Total of Part 7.
    Add lines 39 through 42. Copy the total to line 86.    $0.00

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ☐ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 48. Watercraft, trailers, motors, and related accessories Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. Aircraft and accessories | | | |
| 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |

51. Total of Part 8.
    Add lines 47 through 50. Copy the total to line 87.    $0.00

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☐ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

Debtor  **Chantilly Road, LLC**                                    Case number (if known) _____
_____
        Name

---

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **1116 N. Chantilly Rd.**<br>**Los Angeles, CA 90077**<br>1116 N. Chantilly Rd., Los Angeles,<br>CA 90077<br>**Single Family Home** | Fee Simple | | Appraisal | **$28,060,000.00** |
| 55.2.  **1118 N. Chantilly Rd.**<br>**Los Angeles, CA 90077**<br>1118 N. Chantilly Rd., Los Angeles,<br>CA 90077<br>**Lien included in lien for 1116 N.**<br>**Chantilly Rd.** | Fee Simple | | | **$0.00** |

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    | **$28,060,000.00** |

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No.  Go to Part 11.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |

| Debtor | Chantilly Road, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**65.** Goodwill

**66.** Total of Part 10.
Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☐ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☐ No
☐ Yes

## Part 11: All other assets

**70.** Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

**71.** Notes receivable

Description (include name of obligor)

**72.** Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

**73.** Interests in insurance policies or annuities

**74.** Causes of action against third parties (whether or not a lawsuit has been filed)

| Lawsuit for Damages Estimate can be up to 900,000 | | Unknown |
|---|---|---|
| Nature of claim | Breach of Contract, Usery | |
| Amount requested | $400,000.00 | |

Kismi, LLC
Paul Martino
The Maimon Group
Eve and Roque
Blue Projects
Harleeny, LLC
National Speciality Ins. Co.

| Verifly Insurance Services, LLC dba Thimble Insurance Services | | $300,000.00 |
|---|---|---|
| Nature of claim | Breach of Contract and Damage | |
| Amount requested | $300,000.00 | |

| Christopher Lai plus punitive damages | | $150,000.00 |
|---|---|---|
| Nature of claim | Malicious Prosecution | |
| Amount requested | $150,000.00 | |

Debtor    __Chantilly Road, LLC_____    Case number (if known) _____
        Name

**75.** **Other contingent and unliquidated claims or causes of action of every nature,**
**including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.     | **$450,000.00** |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................ ➔ | | $28,060,000.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $450,000.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column. | 91a. $450,000.00 | + 91b. $28,060,000.00 |

**92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92....................................................................     | **$28,510,000.00** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Chantilly Road, LLC</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <strong>CENTRAL DIST. OF CALIFORNIA</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

    ☑ Yes.  Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2.  List in alphabetical order all creditors who have secured claims.  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $2,500,000.00 | $28,060,000.00 |
|---|---|---|---|
| **All State Lending Group, Inc** | | | |

Creditor's mailing address
**2540 Corporate Place #B-108**

Describe the lien
**3rd DOT / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Monterey Park       CA    91754**

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred     **September 2022**

Last 4 digits of account
number     **0   8   1   4**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

1) Banc of California; 2) CapStack Partners; 3) All State Lending Group, Inc.

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $21,317,141.78

Debtor    **Chantilly Road, LLC** _____    Case number (if known) _____

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **Part 1:** | **Additional Page** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.2**

**Creditor's name**
**Banc of California**

**Creditor's mailing address**
**11611 San Vicente Blvd., #500**
_____

**Los Angeles          CA      90049**

**Creditor's email address, if known**
_____

**Date debt was incurred      December 2021**

**Last 4 digits of account number      4  7  2  9**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**      $16,181,893.37      $28,060,000.00
**1116 N. Chantilly Rd., Los Angeles, CA 90077**

**Describe the lien**
**First Deed of Trust / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**For 1116 N. Chantilly Rd., Los Angeles, CA 90077: See 2.1.  For 1118 N. Chantilly Rd., Los Angeles, CA 90077: 1) Banc of California; 2) CapStack Partners.**

   ☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.3**

**Creditor's name**
**CapStack Partners**

**Creditor's mailing address**
**1601 Clint Moore Rd #182**
_____

**Boca Raton          FL      33487**

**Creditor's email address, if known**
_____

**Date debt was incurred      November 2023**

**Last 4 digits of account number      R  o  a  d**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.1, 2.2**

**Describe debtor's property that is subject to a lien**      $2,635,248.41      $28,060,000.00
**1116 N. Chantilly Rd., Los Angeles, CA 90077**

**Describe the lien**
**Second DOT / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor | **Chantilly Road, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**    Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

Is the claim subject to offset?

☐ No
☐ Yes

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(_____)

Debtor    **Chantilly Road, LLC**    Case number (if known) _____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,315.40** |
| ACS Security | ☐ Contingent | |
| 3803 West Chester Pike #100 | ☐ Unliquidated | |
| | ☑ Disputed | |
| | Basis for the claim: | |
| New Town Square          PA          19073 | Security | |
| Date or dates debt was incurred          2024 | Is the claim subject to offset? | |
| Last 4 digits of account number          6   8   9   5 | ☑ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,570.78** |
| Bank of America | ☐ Contingent | |
| P.O. Box 982238 | ☐ Unliquidated | |
| | ☑ Disputed | |
| | Basis for the claim: | |
| El Paso          TX          79998 | Credit Card | |
| Date or dates debt was incurred          2024 | Is the claim subject to offset? | |
| Last 4 digits of account number          7   6   1   3 | ☑ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| Castro's HVAC | ☐ Contingent | |
| 1990 Meadow View Court | ☐ Unliquidated | |
| | ☑ Disputed | |
| | Basis for the claim: | |
| Thousand Oaks          CA          91362 | Air Conditioning | |
| Date or dates debt was incurred          2023 | Is the claim subject to offset? | |
| Last 4 digits of account number          R   o   a   d | ☑ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| Charter Communications | ☐ Contingent | |
| Spectrum, | ☐ Unliquidated | |
| P.O. Box 223085 | ☑ Disputed | |
| | Basis for the claim: | |
| Pittsburg          PA          15251 | Internet | |
| Date or dates debt was incurred          2024 | Is the claim subject to offset? | |
| Last 4 digits of account number          2   4   0   1 | ☑ No  ☐ Yes | |

Debtor    **Chantilly Road, LLC**_____    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

**Christopher Lai**_____

**Johathan M. Deer**_____

**Quantum Law Group**_____

**8383 Whilshire Blvd. #935**_____

**Beverly Hills**        **CA**      **90211**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Lawsuit**_____

Date or dates debt was incurred        **2023**

Last 4 digits of account number      **0   4   6   7**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

**Creative Art Partners, LLC**_____

**6542 Hayes Dr.**_____

_____

**Los Angeles**        **CA**      **90048**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Art Staging**_____

Date or dates debt was incurred        **2024**

Last 4 digits of account number      **l   y   R   d**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$8,394.11**

**DWP**_____

**2417 Daly St.**_____

_____

**Los Angeles**        **CA**      **90031**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Utility**_____

Date or dates debt was incurred        **2024**

Last 4 digits of account number      **8   8   0   2**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$9,125.47**

**DWP**_____

**2417 Daly St.**_____

_____

**Los Angeles**        **CA**      **90031**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Utility**_____

Date or dates debt was incurred        **2024**

Last 4 digits of account number      **3   0   0   3**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Chantilly Road, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9** Nonpriority creditor's name and mailing address

German Cruz

1522 W. 112 St

Los Angeles                 CA      90047

Date or dates debt was incurred        2024

Last 4 digits of account number      R  o  a  d

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Landscaping

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.10** Nonpriority creditor's name and mailing address

Gomez R Plumbing, Inc.

14320 Ventura Blvd. #704

Sherman Oaks               CA      91423

Date or dates debt was incurred        2024

Last 4 digits of account number      R  o  a  d

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Plumbing

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00

---

**3.11** Nonpriority creditor's name and mailing address

HM Cali, Inc.

153 Lafayette St. 5th Fl

New York                    NY      10013

Date or dates debt was incurred        2023

Last 4 digits of account number      l  y  R  d

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Staging

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.12** Nonpriority creditor's name and mailing address

M & M Air Conditioning and Heating, Inc.

13995 Wallabi Ave.

Sylmar, CA 891342

Date or dates debt was incurred        2023-2024

Last 4 digits of account number      R  o  a  d

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Air Conditioning

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

Debtor    **Chantilly Road, LLC**                                    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

| **Martinez Pools & Spas** |
| **2334 S. Cloverdale Ave.** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$500.00

**Los Angeles**              **CA**      **90016**

**Basis for the claim:**
**Maintenance**

Date or dates debt was incurred        **2024**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      **R  o  a  d**

---

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

| **Showroom Interiors. LLC** |
| **dba Vesta Home** |
| **8905 Rex Rd** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$220,000.00

**Pico Rivera**              **CA**      **90660**

**Basis for the claim:**
**Lawsuit**

Date or dates debt was incurred        **2024**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      **s  u  i  t**

---

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

| **Southern California Gas Co** |
| **P.O. Box C** |
| **Monterey Park, CA** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$184.93

**Basis for the claim:**
**Utility**

Date or dates debt was incurred        **2024**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      **3  5  4  7**

---

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

| **Zuniga Pool & Spa** |
| **9330 Telfair Ave.** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Unknown

**Sun Valley**              **CA**      **91352**

**Basis for the claim:**
**Pool Service**

Date or dates debt was incurred        **2024**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      **l  y  R  d**

Debtor   **Chantilly Road, LLC** _____   Case number (if known) _____

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.   **Total claims from Part 1**                              5a.                    **$0.00**

5b.   **Total claims from Part 2**                              5b. **+**          **$256,590.69**

5c.   **Total of Parts 1 and 2**                                5c.                **$256,590.69**
Lines 5a + 5b = 5c.

| Fill in this information to identify the case: |
|---|

Debtor name    **Chantilly Road, LLC**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____    Chapter    **11**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Security**<br>**Contract to be ASSUMED** | **ACS Security**<br>**3803 West Chester Pike #100** |
|---|---|---|---|
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | **New Town Square        PA        19073** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Rental Of Art**<br>**Contract to be ASSUMED** | **Creative Art Partners, LLC**<br>**6542 Hayes Dr.** |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | **Los Angeles        CA        90048** |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Staging Company**<br>**Contract to be ASSUMED** | **HM Cali, Inc.**<br>**153 Lafayette St. 5th Fl** |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | **New York        NY        10013** |

| Fill in this information to identify the case: |
| --- |

Debtor name      **Chantilly Road, LLC**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
    amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**
    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| **2.1  Diego Rudomin** | **36 Breeze Ave.**<br>Number      Street | **Bank of America** | ☐  D<br>☑  E/F<br>☐  G |
| | **Venice**              **CA    90291**<br>City              State    ZIP Code | | |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name    **Chantilly Road, LLC**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/15/2024**          X _____
         MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                         **Adrian Rudomin**
                                         Printed name

                                         **Managing Member**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Chantilly Road, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** MM/DD/YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$70,000.00** |
| **For prior year:** | From **01/01/2023** MM/DD/YYYY | to | **12/31/2023** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For the year before that:** | From **01/01/2022** MM/DD/YYYY | to | **12/31/2022** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor   **Chantilly Road, LLC**
            _____        Case number (if known) _____
            Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|------------|----------------|-----------------------------------|----------------|
| 7.1.   **Lai v. Chantilly Road, LLC** | **Negligence** | **Los Angeles Superiot Court** <br> Name <br><br> **111 N. Hill St.** <br> Street | ☑ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |
| **Case number** <br> **23STCF20467** | | **Los Angeles**   **CA**   **90012** <br> City   State   ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    **Chantilly Road, LLC**                              Case number (if known) _____
          <sub>Name</sub>

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the
      aggregate value of the gifts to that recipient is less than $1,000

      ☑ None

---

| Part 5: | Certain Losses |
|---------|-----------------|

10.   All losses from fire, theft, or other casualty within 1 year before filing this case.

      ☑ None

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11.   **Payments related to bankruptcy**
      List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year
      before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or
      restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

      ☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Totaro & Shanahan, LLP** | **Plus Filing Fee of 1738.00** | **12/1/2024** | **$8,000.00** |

      **Address**

      **P.O. Box 789**
      <sub>Street</sub>

      _____

      **Pacific Palisades**      **CA**    **90272**
      <sub>City</sub>                  <sub>State</sub>    <sub>ZIP Code</sub>

      **Email or website address**

      _____

      **Who made the payment, if not debtor?**

      _____

12.   **Self-settled trusts of which the debtor is a beneficiary**
      List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing
      of this case to a self-settled trust or similar device.
      Do not include transfers already listed on this statement.

      ☑ None

---

Debtor   **Chantilly Road, LLC**                  Case number (if known)
           Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

       Does the debtor have a privacy policy about that information?
       ☐ No.
       ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
       ☐ No.  Go to Part 10.
       ☐ Yes.  Fill in below:

Debtor    **Chantilly Road, LLC** _____    Case number (if known) _____
       Name

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

Debtor   **Chantilly Road, LLC**                                         Case number (if known)
         <sub>Name</sub>

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.** **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.** **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

   **Name and address**                                         **Dates of service**

   26a.1.  **Penny M. Fox, CPA**                                 From   **2023**     To   **Present**
           <sub>Name</sub>
           **15615 Alton Parkway $450**
           <sub>Street</sub>

           **Irvine**                    **CA**       **92618**
           <sub>City</sub>                 <sub>State</sub>    <sub>ZIP Code</sub>

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

   **Name and address**                                         **If any books of account and records are unavailable, explain why**

   26c.1.  **Penny M. Fox, CPA**
           <sub>Name</sub>
           **15615 Alton Parkway $450**
           <sub>Street</sub>

           **Irvine**                    **CA**       **92618**
           <sub>City</sub>                 <sub>State</sub>    <sub>ZIP Code</sub>

Debtor    **Chantilly Road, LLC**                                          Case number (if known)
          _____
          Name

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
       financial statement within 2 years before filing this case.

       ☑ None

**27.  Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

       ☑ No.
       ☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Adrian Rudomin** | **13900 Old Harbor Ln #208**<br>**Marina del Rey, CA 90282** | **Co-President** | |
| **Diego Rudomin** | **36 Breeze Ave. #3**<br>**Venice, CA 90291** | **C0-President** | |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

       ☑ No
       ☐ Yes.  Identify below.

| Name | Address | Position and nature of<br>any interest | Period during which position<br>or interest was held |
|------|---------|----------------------------------------|------------------------------------------------------|

**30.  Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,
bonuses, loans, credits on loans, stock redemptions, and options exercised?

       ☑ No
       ☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

       ☑ No
       ☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

       ☑ No
       ☐ Yes.  Identify below.

Debtor    **Chantilly Road, LLC**                                      Case number (if known)  _____
          Name

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/15/2024**
              MM / DD / YYYY

X _____          Printed name  **Adrian Rudomin**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re  **Chantilly Road, LLC**                                        Case No.  _____

                                                                      Chapter    **11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................  **$8,000.00**
   Prior to the filing of this statement I have received......................................  **$8,000.00**
   Balance Due................................................................................  **$0.00**

2. The source of the compensation paid to me was:

   ☐  Debtor                    ☑  Other (specify)
                                   **Managing Member of Entity Owner**

3. The source of compensation to be paid to me is:

   ☑  Debtor                    ☐  Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**12/15/2024**_____          _____          Bar No.  102229
Date                              *Michael R. Totaro*
                                  Totaro & Shanahan, LLP
                                  P.O. Box 789
                                  Pacific Palisades, CA 90272
                                  Phone: (310) 804-2157

_____
**Adrian Rudomin**
**Managing Member**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael R Totaro**<br>**Bar Number: 102229**<br>**Totaro & Shanahan, LLP**<br>**PO Box 789**<br>**Pacific Palisades, CA 90272**<br>**Phone: (310) 804-2157**<br>**Email: Ocbkatty@aol.com**<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION

| In re:<br><br>    **Chantilly Road, LLC** | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|                   Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  3   sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____12/15/2024_____

                _____
                Signature of Debtor 1

Date: _____

                _____
                Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____**12/15/2024**_____

                _____
                Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

ACS Security
3803 West Chester Pike #100
New Town Square, PA 19073


All State Lending Group, Inc
2540 Corporate Place #B-108
Monterey Park, CA 91754


Banc of California
11611 San Vicente Blvd., #500
Los Angeles, CA 90049


Bank of America
P.O. Box 982238
El Paso, TX 79998


CapStack Partners
1601 Clint Moore Rd #182
Boca Raton, FL 33487


Castro's HVAC
1990 Meadow View Court
Thousand Oaks, CA 91362


Charter Communications
Spectrum,
P.O. Box 223085
Pittsburg, PA 15251


Christopher Lai
Johathan M. Deer
Quantum Law Group
8383 Whilshire Blvd. #935
Beverly Hills, CA 90211

Creative Art Partners, LLC
6542 Hayes Dr.
Los Angeles, CA 90048

Diego Rudomin
36 Breeze Ave.
Venice, CA 90291


DWP
2417 Daly St.
Los Angeles, CA 90031


German Cruz
1522 W. 112 St
Los Angeles, CA 90047


Gomez R Plumbing, Inc.
14320 Ventura Blvd. #704
Sherman Oaks, CA 91423


HM Cali, Inc.
153 Lafayette St. 5th Fl
New York, NY 10013


M & M Air Conditioning and Heating, Inc.
13995 Wallabi Ave.
Sylmar, CA 891342


Martinez Pools & Spas
2334 S. Cloverdale Ave.
Los Angeles, CA 90016


Showroom Interiors. LLC
dba Vesta Home
8905 Rex Rd
Pico Rivera, CA 90660


Southern California Gas Co
P.O. Box C
Monterey Park, CA

Zuniga Pool & Spa
9330 Telfair Ave.
Sun Valley, CA 91352