**Fill in this information to identify the case:**

Debtor Name: __CHANTILLY ROAD, LLC__

United States Bankruptcy Court for the: Central District of California

Case number: __8:24-bk-13197__

☐ Check if this is an amended filing

---

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __March, 2025__    Date report filed: __04/07/2025__
                                                MM / DD / YYYY

Line of business: __Real Estate__    NAISC code: __0000__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:    __Adrian Rudomin__

Original signature of responsible party    _/s/ Adrian Rudomin_

Printed name of responsible party    __Adrian Rudomin__

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☑ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **CHANTILLY ROAD, LLC**      Case number **8:24-bk-13197**

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ __35.50__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ __0.00__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ __8.00__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ __−8.00__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ __27.50__

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**      $ __31,739.10__

    (Exhibit E)

Debtor Name **CHANTILLY ROAD, LLC**     Case number **8:24-bk-13197**

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ _____ 0.00

   (Exhibit F)

### 5. Employees

26. What was the number of employees when the case was filed?     0
27. What is the number of employees as of the date of this monthly report?     0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____ 0.00
30. How much have you paid this month in other professional fees?     $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?     $ _____ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | – | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0.00 | – | $ 0.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 8.00 | – | $ 8.00 | = | $ 0.00 |
| 34. **Net cash flow** | $ -8.00 | – | $ -8.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:     $ _____ 0.00
36. Total projected cash disbursements for the next month:     – $ _____ -8.00
37. Total projected net cash flow for the next month:     = $ _____ -8.00

Debtor Name **CHANTILLY ROAD, LLC**　　　　　　　　　　　　Case number **8:24-bk-13197**

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

# EXHIBIT A

No items are applicable to list.

Case 8:24-bk-13197-TA    Doc 102    Filed 04/09/25    Entered 04/09/25 08:09:00    Desc
Main Document    Page 5 of 14

# EXHIBIT B

No items are applicable to list.

# EXHIBIT C

No items are applicable to list.

# EXHIBIT D

8.00 Dollars to First Citizens Bank for Paper Statements.

# EXHIBIT E

| | |
|---|---|
| SPECTRUM: | $1,420.30 |
| ZUNIGA POOL & SPA: | $300.00 |
| GERMAN CRUZ LANDSCAPING: | $500.00 |
| CREATIVE ART PARTNERS: | $7,665.00 |
| TOTAL: | $9,885.30 |

# EXHIBIT F

No items are applicable to list.

*5123*      2010*      *824745114*

**First Citizens Bank**

## ACCOUNT SIGNATURE CARD

Acct # _____2010    Acct Type  DDA – Checking / Savings    Date Opened  12/16/2024

Branch # 569    Assoc Name  Kathy Trejo    Current Date  12/17/2024

Account Owner
(Business/Entity Name):   **CHANTILLY ROAD LLC**
                         **DEBTOR IN POSSESSION**

**Account Ownership Designation:**

- [ ] Corporation (including PAs and PCs)
- [X] Limited Liability Company (LLC)
- [ ] General Partnership (GP)
- [ ] Limited Partnership (LP)
- [ ] Registered Limited Liability Partnership (LLP)
- [ ] Fiduciary (Specify Type, e.g., trust, attorney trust, estate, escrow, agency, receivership): _____
- [ ] Unincorporated church or charitable/civic organization
- [ ] Unincorporated governmental or municipal organization
- [ ] Other Unincorporated Entity: _____

This account is held at First-Citizens Bank & Trust Company ("First Citizens Bank" or "Bank") in the name of the above-named Account Owner. It is subject to the provisions of the First Citizens Bank Deposit Account Agreement, the Bank's Disclosure of Products and Fees, and applicable state and federal law, all of which may be amended from time to time. The undersigned authorized signer(s) acknowledge(s) receipt of the First Citizens Bank Deposit Account Agreement and the applicable Disclosure of Products and Fees and confirm(s) that this is not a consumer account.

**Authorized Signers:** The Authorized Signers identified below are owners or representatives of the business or entity that is the Account Owner and are authorized to transact any business relating to this account on behalf of the Account Owner either: (i) through being named on the Account Owner's corporate resolution, declaration of unincorporated business/entity (or other documentation as applicable); or (ii) through delegation of such authority by one or more of the individuals authorized in said resolution or declaration.

Name: **ADRIAN RUDOMIN**    Signature: _[signed]_

Name: _____    Signature: _____

Name: _____    Signature: _____

Name: _____    Signature: _____

Complete this Substitute IRS Form W-9 if Account Owner is a U.S. citizen or other "U.S. person" as defined by the Internal Revenue Code.
If Account Owner is _not_ a U.S. citizen or other "U.S. person," provide a completed IRS Form W-8BEN-E.

### Substitute IRS Form W-9

The individual who signs the certification below represents that he or she is a duly authorized officer or representative of the above-referenced Account Owner. The terms "I," "me," and "my" refer to the Account Owner or representative signing on behalf of the Account Owner, as applicable.

Under penalty of perjury, I certify that:
(1) the number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me);
(2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding;
(3) I am a U.S. citizen or other U.S. person (for federal tax purposes a "U.S. person" includes a U.S. resident alien, a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, an estate [other than a foreign estate], or a domestic trust); and
(4) I am exempt from FATCA reporting.
Instructions: IRS regulations require you to strike out the wording in Item (2) if you have been notified by the IRS that you are currently subject to backup withholding for failure to report all interest and dividends on your tax return.

NOTE: The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

TIN (EIN or SSN of sole member, if sole member LLC) ____45114 ____ was assigned by the IRS to the party listed as Account Owner.

Certifying Individual: Name: **ADRIAN RUDOMIN**    Signature: _[signed]_    Date: 12-17-2024

28-100208-SS (without sole prop) (2/15)



# First Citizens Bank

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

ZE
569

30901
CHANTILLY ROAD LLC
DEBTER IN POSSESSION
ADRIAN RUDOMIN AS RECEIVER
578 WASHINGTON BLVD PMB 148
MARINA DEL REY CA 90292-5421

**Your Account(s) At A Glance**
Checking
Balance                27.50+

Statement Period: March 1, 2025    Thru March 31, 2025    Account Number: XXXX2010

## Business Banking
Account Number: XXXX2010

Enclosures In Statement: 0

| | | | |
|---|---|---|---|
| Beginning Balance | 35.50+ | Statement Period Days | 31 |
| 0 Deposits | 0.00 | Average Ledger Balance | 35.00+ |
| 0 Other Credits | 0.00 | | |
| 0 Checks | 0.00 | | |
| 1 Other Debits | 8.00- | | |
| Monthly Service Charge | 0.00 | | |
| **Ending Balance** | **27.50+** | | |

## Other Debits From Your Account

| Date | Description | Amount |
|---|---|---|
| 03-31 | Paper Statement Fee | 8.00 |
| | Total | 8.00 |

## Daily Balance Summary

| Date | Balance |
|---|---|
| 03-31 | 27.50+ |



Direct Customer Inquiry Calls To
Personal 1-888-323-4732
Business 1-866-322-4249

Page 1 of 3

# First Citizens Bank

Statement Period: March 1, 2025   Thru March 31, 2025

Account Number: ▮▮▮▮2010

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

| | |
|---|---|
| 1 | $ |
| 2 | +$ |
| 3 | =$ |
| 4 | −$ |
| 5 | =$ |

**B. Outstanding Checks/Debits**

| Number | Amount |
|---|---|
| | |

Total Amount

Note: If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

**A. Deposits/Credits**

| Date | Amount |
|---|---|
| | |

Total Amount

**How to Compute Interest Charges on Your Line of Credit.** We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions). To get the "average daily balance," we first determine the daily balance of your Account each day. We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account. These calculations give us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account. The daily periodic rate is determined by dividing the Annual Percentage Rate by the number of days in the year. That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge. Automatic payment debits are posted to your account after your "average daily balance" is calculated. Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.** Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only).** If you think there is an error on your statement, write to us at the address shown on page one of your statement. In your letter, give us the following information: (1) Account information: Your name and account number. (2) Dollar amount: The dollar amount of the suspected error. (3) Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only).** This section applies if you access your line of credit using a credit card. If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not yet have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732. If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only).** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at: Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Credit History Errors.** If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.** To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday). If paying at a branch or by mail, then payments must include the payment coupon. In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank. Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.** If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.

 30901

**Statement Period:** March 1, 2025    Thru March 31, 2025    **Account Number:** ███████2010

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).** If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

**Credit Limit.** When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected. If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge.** The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.